UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

UNITED STATES OF AMERICA,    CRIMINAL NO. 08-749 (GLS)

    Plaintiff,

v.

THOMAS SPARGO,

    Defendant.
_____/

## PROTECTIVE ORDER

THIS MATTER COMING BEFORE THIS COURT on the Joint Motion of the United States and Defendant Thomas Spargo for entry of a protective order concerning the disclosure of discovery materials exchanged between the parties in this matter, in light of the confidential and sensitive information which may be disclosed in accordance with Fed. R. Crim. P. 16 and other discovery obligations of the parties as provided by law,

IT IS HEREBY ORDERED:

1. Material provided in discovery by the government to the defendant shall be reviewed only by the defendant; attorneys of record; employees of such attorneys to whom it is necessary that the materials be shown for the purposes of preparation, trial, and appeal of this matter; witnesses or potential witnesses; and experts or consultants assisting in the preparation, trial and appeal of this matter. No additional copies of such materials shall be made except as necessary for the preparation, trial and appeal of this matter. Such witnesses, experts or consultants to whom discovery material is disclosed must be served with a copy of this Protective Order prior to disclosures of discovery material to them.

2. Discovery material disclosed by the government shall be used solely for the preparation, trial and direct appeal of this matter and for no other purpose whatsoever. Discovery material disclosed to the defendant shall not be disclosed to any other individual or entity in any manner other than that authorized by this order, except in Court filings or proceedings, to the photocopy service used by the government or the defendant, or by further order of this Court.

3. Within 60 days from the conclusion of these proceedings and any direct appeal from or collateral attack upon these proceedings, the Confidential Material disclosed by the government and any duplicates made in the preparation, trial and direct appeal of this mater shall be returned to the government or destroyed by the defendant, unless the Court gives specific permission for an exception to this requirement.

DATED this 10th day of February, 2009.

_____
Gary L. Sharpe
United States District Judge